United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ROY HARPER,<br><br>    Plaintiff,<br><br>    v.<br><br>RITA LIN, et al.,<br><br>    Defendants. | Case No. 25-cv-09488-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Seeborg for consideration of whether the case is related to *Harper v. Lin*, Case No. 25-cv-8068-RS.

**IT IS SO ORDERED.**

Dated: November 5, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge