1

2

3

4

5

6

7 UNITED STATES DISTRICT COURT

8 NORTHERN DISTRICT OF CALIFORNIA

9

10 PATRICK ROY HARPER,

Plaintiff,

Case No.  25-cv-09488-RS

11

12 v.

**ORDER OF DISMISSAL**

13 RITA LIN, et al.,

Defendants.

14

15

16          Pro se Plaintiff Patrick Roy Harper's ill-defined claims against two federal district court

17 judges are identical to his claims before this Court in *Harper v. Lin*, No. 25-cv-8068. For the same

18 reasons as there, his claims here are dismissed. A trial court may dismiss a claim under Rule

19 12(b)(6) sua sponte and without notice "where the claimant cannot possibly win relief." *Omar v.*

20 *Sea-Land Serv., Inc.*, 813 F.2d 986, 991 (9th Cir. 1987) (citing *Wong v. Bell,* 642 F.2d 359, 361–

21 62 (9th Cir.1981); 5 C. Wright & A. Miller, *Federal Practice and Procedure* § 1357 at 593

22 (1969)); Fed. R. Civ. P. 12(b)(6).

23          Plaintiff here seeks an "injunction to proceed immediately to an admiralty bench trial,"

24 averring violations of the jurisdictional statute 28 U.S.C. Section 1916, the Supremacy Clause, and

25 Article III of the Constitution as well as fraud on the court and "hate crimes." Dkt. 1. Even if

26 Plaintiff's averments gave rise to cognizable causes of action, Plaintiff cannot succeed because, as

27 he concedes, his "demand arises out of proceedings in" prior district court adjudications before the

28 Defendant judges and related appeals and petitions, Dkt. 1, and judges are entitled to absolute

United States District Court
Northern District of California

immunity where a plaintiff seeks to hold a judge liable for performance of judicial acts. *See Franceschi v. Schwartz*, 57 F.3d 828, 830 (9th Cir.1995). Since Plaintiff cannot succeed, the above-captioned civil action is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated:  November 6, 2025

_____
RICHARD SEEBORG
Chief United States District Judge